IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br> Plaintiff,<br><br>  v.<br><br>DARRYL McCRARY, JR., a/k/a UM168,<br><br> Defendant. | CRIMINAL ACTION FILE<br>NO. 1:20-CR-306-TWT-CMS-2 |

### ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 389] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress [Doc. 269]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress [Doc. 269] is DENIED.

SO ORDERED, this  19th  day of July, 2023.

THOMAS W. THRASH, JR.
United States District Judge